# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL BEVERLY

NO. 2022 KW 0391

**JUNE 21, 2022**

---

In Re:   Michael Beverly, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-90-1510.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**EW**

**Guidry, J.,** dissents and would stay the writ application. The decision whether to apply **Ramos v. Louisiana,** __ U.S. __, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) retroactively and grant postconviction relief on state collateral review to defendants convicted by nonunanimous juries in all or certain circumstances remains with the Louisiana Supreme Court. A state court may give broader effect to new rules of criminal procedure than is required by the relevant opinion. See **Danforth v. Minnesota,** 552 U.S. 264, 128 S.Ct. 1029, 169 L.Ed.2d 859 (2008). I would hereby stay the writ application pending the Louisiana Supreme Court's decision in **State v. Reddick,** 2021-1893 (La. 2/15/22), 332 So.3d 1173, wherein the court has granted the writ application for consideration of whether **Ramos** applies retroactively on state collateral review.

COURT OF APPEAL, FIRST CIRCUIT

*a.s.* 

---
DEPUTY CLERK OF COURT
FOR THE COURT